```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01749
    HUGO E PENA
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-3756


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
        The case was filed on 02/02/2007 and was confirmed 04/26/2007.

        The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

        The case was dismissed after confirmation 06/26/2008.
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS        CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID           PAID
-----------------------------------------------------------------------------
FREMONT INVESTMENT & LOA  CURRENT MORTG      .00          .00            .00
FREEMONT INVESTMENT & LO  CURRENT MORTG      .00          .00            .00
FREMONT INVESTMENT & LOA  MORTGAGE ARRE      .00          .00            .00
COOK COUNTY TREASURER     SECURED            .00          .00            .00
DRIVE FINANCIAL SERVICES  SECURED VEHIC  2175.17       619.10        2175.17
DRIVE FINANCIAL SERVICES  UNSECURED     NOT FILED        .00            .00
GENERAL MOTORS ACCEPTANC  SECURED VEHIC      .00          .00            .00
AMEX                      UNSECURED     NOT FILED        .00            .00
AMEX                      UNSECURED     NOT FILED        .00            .00
CAPITAL ONE               UNSECURED       1017.16        .00         203.42
CITY OF CHICAGO PARKING   UNSECURED       1895.00        .00         378.98
HSBC/CARSONS              UNSECURED     NOT FILED        .00            .00
IC SYSTEMS                UNSECURED     NOT FILED        .00            .00
ADVOCATE MEDICAL GROUP    UNSECURED     NOT FILED        .00            .00
MARQUETTE RADIOLOGY ASSO  UNSECURED     NOT FILED        .00            .00
MIDWEST ANESTHESIS LTD    UNSECURED     NOT FILED        .00            .00
STATE FARM INSURANCE      UNSECURED     NOT FILED        .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       1798.43        .00         359.66
GMAC MORTGAGE             NOTICE ONLY   NOT FILED        .00            .00
GMAC                      UNSECURED       6302.35        .00        1260.40
GMAC MORTGAGE             SECURED NOT I      .00          .00            .00
WASHINGTON MUTUAL         SECURED NOT I      .00          .00            .00
LEGAL HELPERS PC          DEBTOR ATTY    2,000.00                   2,000.00
TOM VAUGHN                TRUSTEE                                     504.27
DEBTOR REFUND             REFUND                                        .00


        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                      7,501.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 07 B 01749 HUGO E PENA

```
PRIORITY                                               .00
SECURED                                           2,175.17
     INTEREST                                       619.10
UNSECURED                                         2,202.46
ADMINISTRATIVE                                    2,000.00
TRUSTEE COMPENSATION                                504.27
DEBTOR REFUND                                          .00
                        ---------------   ---------------
TOTALS                         7,501.00          7,501.00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                             /s/ Tom Vaughn
      Dated: 09/25/08        _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE




                        PAGE   2
         CASE NO. 07 B 01749 HUGO E PENA